# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20229
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 25, 2018

Lyle W. Cayce
Clerk

In the Matter of: WHITNEY N. BROACH,

      Debtor - Appellant

v.

DAVID G. PEAKE, Chapter 13 Trustee

      Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-2561

Before STEWART, Chief Judge, and ELROD and HIGGINSON, Circuit Judges.

PER CURIAM:*

      After reviewing the applicable law and considering the arguments made by the parties, we find no reversible error. AFFIRMED. *See* 5TH CIR. R. 47.6.

---

      * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.